**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| Deborah Sneed,         )<br>                               )<br>        Plaintiff,        )<br>                               )<br>v.                             )<br>                               )<br>CBA of GA, Inc., dba Credit Bureau )<br>Associates,              )<br>                               )<br>        Defendant.    ) | Civil Action File No.:<br>2:20-cv-00277-RWS-JCF |

**NOTICE OF SETTLEMENT**

Plaintiff, Deborah Sneed, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, CBA of GA, Inc., dba Credit Bureau Associates. Plaintiff and Defendant anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 11th day of January 2021.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

1

2

                              **BERRY & ASSOCIATES**

                              */s/ Matthew Berry*
                              Matthew Berry
                              Georgia Bar No.: 055663
                              mberry@mattberry.com
                              Telephone: (404) 235-3334
                              2751 Buford Highway, Suite 600
                              Atlanta, GA 30324
                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on CBA of GA, Inc., dba Credit Bureau Associates, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Michael W. Higgins
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Counsel for Defendant*

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*