# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Deborah Sneed, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 2:20-cv-00277-RWS-JCF |
| v. ) | |
| ) | |
| CBA of GA, Inc., dba Credit Bureau ) | |
| Associates, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Deborah Sneed, by and through undersigned counsel, hereby dismisses this action against Defendant, CBA of GA, Inc., dba Credit Bureau Associates, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 13th day of January, 2021.

        **BERRY & ASSOCIATES**

        */s/ Matthew T. Berry*
        Matthew T. Berry
        Georgia Bar No.: 055663
        mberry@mattberry.com
        Telephone: (404) 235-3334
        2751 Buford Highway, Suite 600
        Atlanta, GA 30324
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on CBA of GA, Inc., dba Credit Bureau Associates, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Michael W. Higgins
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Counsel for Defendant*

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*